FILED
APR 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Lebert A. Gordon,              )
                               )
         Petitioner,           )
                               )
    v.                         )   Civil Action No.   07 0734
                               )
The Federal Bureau of Prisons, )
                               )
         Respondent.           )

TRANSFER ORDER

Petitioner is a prisoner at the Hazelton United States Penitentiary in Bruceton Mills, West Virginia. He seeks to "compel respondent to properly calculate and apply [his] Institutional Good Time Credit . . . reflecting accurately his parole eligibility date." Pet. at 1. Although petitioner applies for both a writ of mandamus and a writ of *habeas corpus*, his remedy lies exclusively in a writ of *habeas corpus*. *Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973).

The proper respondent in *habeas corpus* cases is the petitioner's warden or immediate custodian. *Rumsfeld v. Padilla,* 124 S.Ct. 2711 (2004); *Blair-Bey v. Quick*, 151 F.3d 1036, 1039 (D.C. Cir. 1998) (citing *Chatman-Bey v. Thornburgh*, 864 F.2d 804, 810 (D.C. Cir. 1988)). "[A] district court may not entertain a habeas petition involving present physical custody unless the respondent custodian is within its territorial jurisdiction." *Stokes v. U.S. Parole Commission*, 374 F.3d 1235, 1239 (D.C. Cir. 2004). Petitioner's custodian is not

within this Court's territorial jurisdiction. The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 6Th day of April 2007,

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of West Virginia. The Clerk of this Court shall file and docket the petition. Whether petitioner should be permitted to proceed ~~further without~~ prepayment of fees is a determination to be made by the transferee court.

_____
United States District Judge